AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL BURRISS,

Plaintiff,

v.

ANTHONY VILLEGAS, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-228

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 19, 2024, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the court. Plaintiff's Complaint is dismissed. This case stands closed.

Approved by: _____

January 31, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020